STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00221 HG |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [42 U.S.C. § 408] |
| vs. | ) | |
| | ) | |
| ROSALIA VAIELUA, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

From on or about June 1995 and continuing until on or about April 1998, in the District of Hawaii, defendant ROSALIA VAIELUA, having knowledge of the occurrence of an event affecting her continued right to the payment of Social Security Administration

mother's insurance benefits under Title 42, United States Code, Chapter 7, Subchapter II (42 U.S.C. §§ 401-433), concealed and failed to disclose such event with the intent fraudulently to secure such payment and benefits in an amount in excess of $13,000.00 when no such payments were authorized, namely, failing to disclose that she had gotten married.

All in violation of Title 42, United States Code, Section 408(a)(4).

DATED: __MAY 17 2000__, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

USA v. ROSALIA VAIELUA,
Cr. No. _____;
Indictment