ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC CHING  6697
Assistant U. S. Attorney
ATTN: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at 3 o'clock and 05 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00221-001 HG |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| v. | ) | |
| ROSALIA VAIELUA, | ) | |
| Defendant. | ) | |
| CITY AND COUNTY OF HONOLULU, | ) | |
| Garnishee. | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor ROSALIA VAIELUA (hereinafter referred to as "Debtor"), social security number XXX-XX-1628, whose last known address is: 94-284A Kahuanani Street, Waipahu, Hawaii 96797, in the above cited action in the amount of $100.00 for a special assessment, and $31,845.00 for restitution.

There is a balance of $36,383.54 (principal, interest and penalty) that is due and owing as of May 5, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before May 5, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:

    CITY AND COUNTY OF HONOLULU
    Attn: Payroll Section
    530 South King Street
    Honolulu, Hawaii 96813

DATED:  May 5, 2006, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

By _____
    EDRIC CHING
    Assistant U.S. Attorney

Attorneys for the Plaintiff