Your Name: _____

Address: _____

_____

Phone: _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00221-001 HG |
| Plaintiff, | ) ) ) | REQUEST FOR HEARING FORM |
| v. | ) ) | |
| ROSALIA VAIELUA, | ) ) ) | |
| Defendant. | ) ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Garnishee. | ) ) | |

### REQUEST FOR HEARING FORM

[ ] I request that the Court hold a hearing in the matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____    Signature: _____